ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG [ ] 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | CRIMINAL INDICTMENT |
| ATANACIO RAMIREZ-MORGA, : | NO. 1:11-CR- |
|    a/k/a "Nacho," : | **1:11CR391** |
| RONALD MARTIN, : | |
|    a/k/a "Old Head," : | |
| SIDNEY WALKER, : | |
|    a/k/a "Pal," : | |
| LLOYD ELLIS, : | |
|    a/k/a "Lo," : | |
| EVAN FRANCIS, : | |
| LINDA TONG, and : | |
| MATTHEW WARE | |

THE GRAND JURY CHARGES THAT:

## COUNT ONE

Beginning on a date unknown to the Grand Jury, but at least by in or about January 2003, and continuing through on or about June 8, 2010, in the Northern District of Georgia, the Eastern District of Arkansas, the Central District of California, the Western District of Missouri, the Eastern District of Missouri, the Eastern District of Pennsylvania, the District of New Jersey and elsewhere, the defendants,

        ATANACIO RAMIREZ-MORGA,
           a/k/a "Nacho,"
           RONALD MARTIN,
        a/k/a "Old Head,"
           SIDNEY WALKER,
            a/k/a "Pal,"
            LLOYD ELLIS,
         a/k/a "Lo," and
            EVAN FRANCIS,

did knowingly and intentionally combine, conspire, confederate and agree, and reach a tacit understanding with each other and others known and unknown to the Grand Jury, to commit violations of Title 21, United States Code, Section 841(a)(1), that is, to knowingly and intentionally possess with the intent to distribute a controlled substance, said conspiracy involving at least five (5) kilograms of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)(ii).

COUNT TWO

Beginning on a date unknown to the Grand Jury, but at least in or about January 2003, and continuing through on or about June 8, 2010, in the Northern District of Georgia, the Eastern District of Arkansas, the Central District of California, the Western District of Missouri, the Eastern District of Missouri, the Eastern District of Pennsylvania, the District of New Jersey and elsewhere the defendants,

LINDA TONG,
MATTHEW WARE,
SIDNEY WALKER, and
EVAN FRANCIS

did knowingly combine, conspire, confederate, agree and have a tacit understanding with each other and others known and unknown to the Grand Jury, to commit certain offenses under Title 18, United States Code, Section 1956 as follows:

(a) to conduct and attempt to conduct a financial transaction in and affecting interstate commerce, which transaction involved the proceeds of specified unlawful activity, that is, the felonious manufacture, importation, receiving, concealment, buying, selling and otherwise dealing in a controlled substance punishable under the law of the United States, and that while conducting and attempting to conduct such financial transaction, knew the property involved in the financial transaction represented the proceeds of some form of unlawful activity, with the intent to promote the carrying on of such specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i); and,

(b) to conduct and attempt to conduct a financial transaction in and affecting interstate commerce, which transaction involved the proceeds of specified unlawful activity, that is, the felonious manufacture, importation, receiving, concealment, buying, selling and otherwise dealing in a controlled substance punishable under the law of the United States, and that while conducting and attempting to conduct such financial transaction, knew the property involved in the financial transaction represented the proceeds of some form of unlawful activity, and knowing the transaction was designed in

3

whole and in part,

 (1) to conceal and disguise the nature, location, source, ownership, and control of proceeds of said unlawful activity; and

 (2) to avoid a transaction reporting requirement under Federal law, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i)and(ii);

all in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE PROVISION

1. Upon conviction of the controlled substances offense alleged Count One of this indictment, defendants shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violation and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

2. Pursuant to Title 18, United States Code, Section 982(a)(1), each defendant who is convicted of the money laundering offense set forth in Count Two of this Indictment shall forfeit to the United States all right, title, and interest in any and all property involved in each offense in violation of Title 18, United States Code, Section 1956, or conspiracy to commit such offense, for which

the defendant is convicted, and all property traceable to such property, including the following:

  a. All money or other property that was the subject of each transaction, transportation, transmission or transfer in violation of Section 1956;

  b. All commissions, fees and other property constituting proceeds obtained as a result of those violations; and,

  c. All property used in any manner or part to commit or to facilitate the commission of those violations.

3. If, as a result of any act or omission of the defendants, any property subject to forfeiture:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third person;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be subdivided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A ___true___ BILL

_____
FOREPERSON

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

MICHAEL F. SMITH
SPECIAL ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6287 (office) 404/581-6181 (fax)
Georgia Bar No. 557280